UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. BANK TRUST, N.A., AS TRUSTEE
FOR LSF9 MASTER PARTICIPATION
TRUST

       Plaintiff

v.

MERRY J. YOUNG      1:19-cv-00521-LEW

       Defendant

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 88 Lowell Road, Enfield, ME 04493**
**Mortgage: September 14, 2007, Book: 11131, Page:65**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on March 5, 2020. Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, was present and represented by John A. Doonan, Esq. Defendant, Merry J. Young, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II – Equitable Mortgage is hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($169,726.10) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The

following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $93,470.60 |
| Interest | $59,652.50 |
| Late Charges | $147.64 |
| Escrow Advances | $16,457.25 |
| Less Unapplied Funds | $-1.89 |
| **Grand Total** | **$169,726.10** |

2. If the Defendant or his/her heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($169,726.10) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Enfield Property shall terminate, U.S. Bank shall conduct a public sale of the Enfield Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $169,726.10 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $169,726.10.

5. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $169,726.10, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

6. The prejudgment interest rate is 6.37500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Merry J. Young<br>6 White Tail Road, #1<br>Brewer, ME 04412 | Defaulted |

a) The docket number of this case is No. 1:19-cv-00521-LEW.

b) The Defendant, the only parties to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 88 Lowell Road, Enfield, ME 04493, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 88 Lowell Road, Enfield, ME 04493. The Mortgage was executed by the Defendant on September 14, 2007. The book and page number of the Mortgage in the Penobscot County Registry of Deeds is Book 11131, Page 65.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 88 Lowell Road, Enfield, ME 04493.

**SO ORDERED**

Dated this 6th day of March, 2020.

                                                 /s/ Lance E. Walker
                                          UNITED STATES DISTRICT JUDGE